# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

MATTIE CANCER,
LILLIE CLARK, and
DEBORAH WILLIAMS,

           Plaintiffs,

    -vs-

ALSCO, a/k/a
American Linen Supply Company,
A Subsidiary of The Steiner Corp,

           Defendant.

Case No. 05-C-1226

## ORDER

It is hereby ORDERED that Plaintiff's Motion to Withdraw as Counsel for Mattie Cancer is GRANTED. The August 15, 2006, scheduling conference is cancelled. Mattie Cancer shall have until September 14, 2006 to advise the Court that she will proceed pro se or her new counsel shall file a notice of appearance.

Dated at Milwaukee, Wisconsin, this 14th day of August, 2006.

           SO ORDERED,

           s/ Rudolph T. Randa
           HON. RUDOLPH T. RANDA
           Chief Judge