UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MATTIE CANCER,

    Plaintiff,

                                    Hon. Rudolph T. Randa

v.

                                    Case No.: 05-C-1226

ALSCO, Inc.

    Defendant.

## STIPULATION AND ORDER FOR DISMISSAL

Plaintiff Mattie Cancer, *pro se*, and Defendant Alsco, Inc., through it attorneys, stipulate and agree that all of Plaintiff's claims in this action be dismissed with prejudice.

Dated: 10-30-06                  *Mattie M. Cancer*
                                     Mattie M. Cancer, *Pro Se*

                                     RAY QUINNEY & NEBEKER P.C.

Dated: 11-2-06                 By: *Lisa A. Yerkovich*
                                     Janet Hugie Smith, Esq. (Utah Bar 3001)
                                     Lisa A. Yerkovich, Esq. (Utah Bar 5165)

                                     *Attorneys for Defendant Alsco, Inc.*

SO ORDERED:

Dated this 3 day of November, 2006.

                                     BY THE COURT:

                                     *Rudolph T. Randa*
                                     Honorable Rudolph T. Randa